**Ronnie BLADE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 07–2041.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 7, 2008.

Filed: Feb. 26, 2008.

Ronnie Blade, Terre Haute, IN, pro se.

E. Eugene Harrison, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before MURPHY, RILEY, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Ronnie Blade appeals the district court's[1] denial of his motions for recusal of judge and to "amend" and "preserve drug evidence." In light of this court's simultaneous disposition in *Ronnie Blade v. United States*, No. 07–3493, 2008 WL 495687, and after careful review of the record, we affirm.

1. The Honorable Gary A. Fenner, United States District Court Judge for the Western District of Missouri.